COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00355-CV 

 

 


 
 
 Southwest Securities, FSB, and John Donnally
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Center Street Station Downtown, LLC, and Burk
 Collins
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 17th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants’ “Appellants’, Southwest
Securities, FSB And John Donnally, Unopposed Motion To Dismiss Interlocutory
Appeal.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED:
 January 10, 2013









[1]See Tex. R. App. P. 47.4.